**Lawrence V. WILDER, Sr., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2010–5094.

United States Court of Appeals, Federal Circuit.

June 16, 2010.

Lawrence V. Wilder, Sr., Windsor Mill, MD, pro se.

Carrie A. Dunsmore, Department of Justice, Washington, DC, for Defendant–Appellee.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**NATIONAL ORGANIZATION OF VETERANS' ADVOCATES, INC., Petitioner,**

v.

**SECRETARY OF VETERANS AFFAIRS, Respondent.**

No. 2010–7136.

United States Court of Appeals, Federal Circuit.

Oct. 6, 2010.

*ORDER*

Petitioner moves for reinstatement of his petition and has complied with the court's October 4, 2010 dismissal order.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for reinstatement is granted.

(2) The court's October 4, 2010 dismissal order is vacated, the mandate is recalled, and the notice of appeal is reinstated.